People v Epakchi (2018 NY Slip Op 03095)

People v Epakchi

2018 NY Slip Op 03095 [31 NY3d 1007]

May 1, 2018

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected through Wednesday, June 13, 2018

[*1]

The People of the State of New York, Appellant,
v
Daria N. Epakchi, Respondent.

Decided May 1, 2018

People v Epakchi, 52 Misc 3d 134(A), 2016 NY Slip Op 51020(U), reversed.

APPEARANCES OF COUNSEL

Suffolk County Traffic Prosecutor's Office, Hauppauge (Justin W. Smiloff of counsel), for appellant.
Law Offices of David A. Day, P.C., Glen Cove (David A. Day of counsel), for respondent.

{**31 NY3d at 1008} OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, and case remitted to the Appellate Term, Second Department, Ninth and Tenth Judicial Districts, for further proceedings. Because the case originated in a local criminal court and the proceedings were not transcribed by a court stenographer, the appeal was not properly taken due to the failure to serve or file an affidavit of errors (see CPL 460.10 [3]).
Concur: Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman.